AO 91 (Rev 8/01)     Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

Maria Guadalupe Arroyo-Hernandez

AKA: Guadalupe Hernandez
AKA: Victoria Hernandez
     IAE     YOB:     1967
     Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:     M-19- 0919 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 22, 2019** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Maria Guadalupe Arroyo-Hernandez was encountered by Border Patrol Agents near Rio Grande City, Texas on April 22, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 22, 2019, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 28, 2012 through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 26, 2011, the defendant was convicted of Dup/Mfg/Fraud Ill Id Card and sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes    ☒ No

Approved by Robert Guerra AUSA

Sworn to before me and subscribed in my presence,

April 24, 2019

Signature of Complainant

Nicolas Cantu     Senior Patrol Agent

Juan F. Alanis     , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer